THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JAN RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. C21-0636-JCC-SKV <br><br> ORDER |

The Parties' joint stipulation of dismissal (Dkt. No. 14) is GRANTED. It is hereby ORDERED that this case is DISMISSED with prejudice and without costs or fees to either party. The Court shall retain jurisdiction over this action to enforce the terms of the settlement to the extent necessary.

DATED this 11th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-0636-JCC-SKV
PAGE - 1